1  **LAW OFFICE OF DAVID A. TORRES**
   Attorney at Law, SBN 135059
2  1318 K Street
   Bakersfield, CA 93301
3  Ph.: (661)326-0857
   Fax.: (661) 326-0936
4  e-mail: lawtorres@aol.com

5  Attorney for Defendant
   MARTIN PERALTA MUNOZ

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:11-CR-00299 AWI |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| MARTIN PERALTA MUNOZ**,** | |
| Defendant, | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, MARTIN PERALTA MUNOZ  by and through his attorney of record, DAVID A. TORRES hereby request that the sentencing hearing date currently set for Monday, July 9, 2012 be continued to July 23, 2012 at 10:00 a.m., or a date convenient to court and counsel.

    My wife and I will be out of the country from July 4, 2012 through July 9, 2012, our flight does not return until late afternoon on July 9, 2012.  As such, I will be unavailable at the time of sentencing and respectfully request that it be continued to July 23, 2012.

The defendant is willing to continue excluding time through the next court appearance in that the ends of justice in the exclusion outweigh defendant's speedy trial rights.

Based upon the foregoing, I respectfully request that this matter be continued to July 23, 2012.

Dated: July 5, 2012                         /s/ David A. Torres
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            MARTIN PERALTA MUNOZ


Dated: July 5, 2012                         /s/Henry Carbajal
                                            HENRY CARBAJAL
                                            Assistant U. S. Attorney

# ORDER

**IT IS SO ORDERED**. For the reasons set forth above, the continuance requested is granted for good cause. The court finds the end of justice outweigh the interests of the public and the defendant's rights to a speedy trial.  Therefore, time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   July 5, 2012

CHIEF UNITED STATES DISTRICT JUDGE