PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN MUNOZ PERALTA,<br><br>　　　　　　　Defendant. | CASE NO.  1:11-CR-00299-AWI<br><br>**FINAL ORDER OF FORFEITURE** |

　　　　WHEREAS, on May 14, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(1), based upon the plea agreement entered into between plaintiff and defendant Martin Munoz Peralta forfeiting to the United States the following property:

　　　　a.　　Approximately 8,436 CDs, and

　　　　b.　　Approximately 832 DVDs.

　　　　AND WHEREAS, beginning July 14, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

Final Order of Forfeiture　　　　　　　　　　1

1       AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

        Accordingly, it is hereby ORDERED and ADJUDGED:

        1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(1), to be disposed of according to law, including all right, title, and interest of Martin Munoz Peralta.

        2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

        3. The United States Marshals Service (or designee) shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   December 30, 2016                    _____
                                              SENIOR DISTRICT JUDGE

Final Order of Forfeiture                2